**Form 144**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Eric R. Toy**
**Lyndsey M. Toy**
Debtor(s)

Bankruptcy Case No.: 20–20336–CMB

Chapter: 7
Docket No.: 15

# **NOTICE – REMINDER**

Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a *Certification of Completion of Instructional Course Concerning Personal Financial Management* (**Official Form B423**) is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

*CHAPTER 7 CASES* − − *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: May 18, 2020                              Michael R. Rhodes, Clerk
                                                 United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                Case No. 20-20336-CMB
Eric R. Toy                                                           Chapter 7
Lyndsey M. Toy
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: admin              Page 1 of 1            Date Rcvd: May 18, 2020
                               Form ID: 144             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db/jdb         +Eric R. Toy,    Lyndsey M. Toy,    274 Prospect Ave  Box 428,   Cadogan, PA 16212-0428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,    jas@nsslawfirm.com,
               PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com
              Lisa M. Swope     lms@nsslawfirm.com,    jas@nsslawfirm.com,PA73@ecfcbis.com,kpetak@spencecuster.com,
               skosis@spencecuster.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard L. Ames, Esq.    on behalf of Joint Debtor Lyndsey M. Toy rlames@gmail.com
              Richard L. Ames, Esq.    on behalf of Debtor Eric R. Toy rlames@gmail.com
                                                                                             TOTAL: 6