**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Eric R. Toy** | Social Security number or ITIN  **xxx–xx–2808** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lyndsey M. Toy** | Social Security number or ITIN  **xxx–xx–4312** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **20–20336–CMB**

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eric R. Toy                                                                                          Lyndsey M. Toy

6/3/20                                                                                                **By the court:**  Carlota M. Bohm
                                                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 20-20336-CMB
Eric R. Toy                                                         Chapter 7
Lyndsey M. Toy
         Debtors                    CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 2              Date Rcvd: Jun 03, 2020
                              Form ID: 318             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
db/jdb         +Eric R. Toy,    Lyndsey M. Toy,    274 Prospect Ave  Box 428,   Cadogan, PA 16212-0428
tr             +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
15191363       +Armstrong Assoc FCU,    Po Box 191,    Ford City, PA 16226-0191
15191366       +Collection Service Cen,    Pob 560,    New Kensington, PA 15068-0560
15191368       +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
15191370        Duquesne UC Service Center,    14 N Linden St.,   Duquesne, PA 15110-1067
15191376        Office of UC Benefits,    UI Payment Services,   PO Box 67503,    Harrisburg, PA 17106-7503
15191379       +PNC Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
15191384       +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 04 2020 03:18:46      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Jun 04 2020 06:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15191361       +EDI: GMACFS.COM Jun 04 2020 06:38:00      Ally Financial,   200 Renaissance Ctr # B0,
                 Detroit, MI 48243-1300
15191362       +EDI: AMEREXPR.COM Jun 04 2020 06:43:00      Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
15191364        EDI: BANKAMER.COM Jun 04 2020 06:38:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
15191365        EDI: CAPITALONE.COM Jun 04 2020 06:38:00      Capital One Bank Usa NA,    15000 Capital One Dr,
                 Richmond, VA 23238
15191367       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 04 2020 03:12:42       Credit One Bank NA,
                 Po Box 98872,    Las Vegas, NV 89193-8872
15191369       +EDI: TSYS2.COM Jun 04 2020 06:38:00      Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
15191371       +E-mail/Text: bk@freedomfinancialnetwork.com Jun 04 2020 03:18:04      Freedom Financial Asse,
                 1875 South Grant Street,    San Mateo, CA 94402-2666
15191372        EDI: JPMORGANCHASE Jun 04 2020 06:38:00      Jpmcb Card,    Po Box 15298,   Wilmington, DE 19850
15191373       +EDI: TSYS2.COM Jun 04 2020 06:38:00      Macys/dsnb,    Po Box 8218,   Mason, OH 45040-8218
15191374       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 04 2020 03:13:20       Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
15191375       +EDI: NAVIENTFKASMSERV.COM Jun 04 2020 06:43:00      Navient,    123 S Justison St,
                 Wilmington, DE 19801-5363
15191377       +EDI: AGFINANCE.COM Jun 04 2020 06:38:00      Onemain,    Po Box 1010,   Evansville, IN 47706-1010
15191378       +E-mail/Text: info@phoenixfinancialsvcs.com Jun 04 2020 03:18:07       Phoenix Financial Serv,
                 8902 Otis Ave,    Indianapolis, IN 46216-1077
15191380       +EDI: PRA.COM Jun 04 2020 06:43:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
15191381       +EDI: RMSC.COM Jun 04 2020 06:38:00      Syncb/jcp,    Po Box 965007,   Orlando, FL 32896-5007
15191382       +EDI: RMSC.COM Jun 04 2020 06:38:00      Syncb/walmart,    Po Box 965024,   Orlando, FL 32896-5024
15192453       +EDI: RMSC.COM Jun 04 2020 06:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15191383       +EDI: WTRRNBANK.COM Jun 04 2020 06:43:00      Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Mortgage, A Division of PNC Bank, National Ass
aty*           +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: admin              Page 2 of 2              Date Rcvd: Jun 03, 2020
                              Form ID: 318             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,   jas@nsslawfirm.com,
               PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com
              Lisa M. Swope    lms@nsslawfirm.com,   jas@nsslawfirm.com,PA73@ecfcbis.com,kpetak@spencecuster.com,
               skosis@spencecuster.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard L. Ames, Esq.    on behalf of Joint Debtor Lyndsey M. Toy rlames@gmail.com
              Richard L. Ames, Esq.    on behalf of Debtor Eric R. Toy rlames@gmail.com
                                                                                             TOTAL: 6
```