**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Eric R. Toy**
**Lyndsey M. Toy**
   Debtor(s)

Bankruptcy Case No.: 20–20336–CMB

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Lisa M. Swope is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: June 24, 2020

                                                    Carlota M. Bohm
                                                    United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 20-20336-CMB
Eric R. Toy                                                         Chapter 7
Lyndsey M. Toy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: admin            Page 1 of 1          Date Rcvd: Jun 24, 2020
                            Form ID: 129           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db/jdb        +Eric R. Toy,    Lyndsey M. Toy,   274 Prospect Ave  Box 428,   Cadogan, PA 16212-0428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Lisa M. Swope   on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,    jas@nsslawfirm.com,
               PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com
              Lisa M. Swope    lms@nsslawfirm.com,   jas@nsslawfirm.com,PA73@ecfcbis.com,kpetak@spencecuster.com,
               skosis@spencecuster.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard L. Ames, Esq.    on behalf of Joint Debtor Lyndsey M. Toy rlames@gmail.com
              Richard L. Ames, Esq.    on behalf of Debtor Eric R. Toy rlames@gmail.com
                                                                                             TOTAL: 6